

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Appeal No. 15-12643-FF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Frank L. Amodeo,

Appellant,

—versus—

United States of America,

Appellee.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REPLY TO THE GOVERNMENT'S RESPONSE TO MR. AMODEO'S
MOTION TO STRIKE THE UNITED STATES'S
CERTIFICATE OF INTERESTED PERSONS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

District Court Case No. 5:08-cr-176-Orl-28GJK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Frank L. Amodeo
Federal Correctional Complex
Coleman - Low, Unit B-3
P.O. Box 1031
Coleman, Florida 33521-1031

### REPLY TO THE GOVERNMENT'S RESPONSE TO MR. AMODEO'S MOTION TO STRIKE THE UNITED STATES'S CERTIFICATE OF INTERESTED PERSONS

The government's response contains several material mistakes which demonstrate that Ms. McNamara, and likely any remaining member of the U.S. Attorney's office, is insufficiently familiar with the facts to fairly present the case. She states, "Amodeo operated numerous employee leasing companies . . . ." As the IRS investigators told me personally, and as the hundreds of hours of audio-video recordings (both from my security firms and from the IRS's undercover operations) reveal I did not operate anything. In reality——as the tapes show——the enterprise structure was designed to remove me from operations.

Moreover, as the government is aware from several independent debriefings of Craig Vanderburg, Yaniv Amar, and the undercover tapes, I actually asked to be president of the employee leasing entities, and also to be allowed to obtain a controlling-person license, so I could qualify the entities. Those requests created a firestorm of resistance from my professional advisors (e.g., Richard Berman said "No!") and a tsunami of protest from the executives (Craig Vanderburg, et al.) actually operating the employee-leasing entities; I surrendered to the storms, returned to my rainmaking duties, and continued my world changing endeavors.

But aside from the government's factual deficiencies, legally their analysis fails as well. A review of the Court of Appeals jurisprudence (all circuits not just this one) reveals no case where a customer of an employee leasing company had to double pay the payroll taxes. Stated differently, if a PEO's customer properly paid and reported the taxes to the leasing company, then the IRS has not collected (likely cannot collect, since the failure to remit is unknowing) from the putatively compliant customer. And of course as a matter of law the



individual receives credit for the payment regardless of remittance or reportance.

The Certificate of Interested Persons is misleading and should not be allowed to adulterate the record.

Respectfully submitted on this 2nd day of September 2015 by:

                              Frank L. Amodeo
                              Federal Correctional Complex
                              Coleman - Low, Unit B-3
                              P.O. Box 1031
                              Coleman, Florida 33521-1031

**CERTIFICATE OF SERVICE**

This reply to the government's response was delivered in a pre-addressed, postage-paid envelope to the prison mailing authorities on the same day as signed. The United States of America's attorney of record is registered with the CM/ECF docketing system: thus the petitioner requests that notice of the filing and service of this response on the United States occur through that system's electronic medium. A copy of this reply was mailed by postage prepaid, first class U.S Mail to Linda McNamara, Esq., in the United States Attorney's Office, 400 W. Tampa St., Tampa, Fla. 33602.

FLA (9/2/15)

                              Frank L. Amodeo

**VERIFICATION**

Under penalty of perjury as authorized in 28 U.S.C. §1746, I declare that the factual allegations and factual statements contained in this document are true and correct to the best of my knowledge.

                              Frank L. Amodeo

2